
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 13-10535 |
| Plaintiff - Appellee, | 13-10536 |
| v. | D.C. Nos. 2:10-cr-01731-RCC |
|  | 4:13-cr-00646-RCC |
| ISRAEL PEREZ-SANTIAGO, a.k.a. Israel Garcia, a.k.a. Isreal Perez-Santiago, | MEMORANDUM[*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief Judge, Presiding

Submitted September 23, 2014[**]

Before: W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

In these consolidated appeals, Israel Perez-Santiago appeals from his guilty-plea conviction and 46-month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326; and from the revocation of supervised release and concurrent

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

four-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Perez-Santiago's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Perez-Santiago the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Perez-Santiago has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009). Accordingly, we dismiss Appeal No. 13-10536. *See id*. at 988.

Because Perez-Santiago has fully served the sentence imposed upon revocation of supervised release, we dismiss Appeal No. 13-10535 as moot. *See Spencer v. Kemna*, 523 U.S. 1, 12-14 (1998).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**